**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MARRIOTT INTERNATIONAL, INC.** | : | |
| 7750 Wisconsin Avenue | : | |
| Bethesda, Maryland 20814 | : | |
| Montgomery County | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SPERLING KENNY NACHWALTER,** | : | **Civil Action No. 1:26-cv-900-MJM** |
| **LLC** | : | |
| 321 North Clark Street, 25th Floor | : | |
| Chicago, Illinois 60654 | : | |
| | : | |
| & | : | |
| | : | |
| **HILLIARD, MARTINEZ & GONZALES,** | : | |
| **LLP, d/b/a HILLIARD LAW** | : | |
| 719 S. Shoreline Boulevard, Suite 100 | : | |
| Corpus Christi, Texas 78401 | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION REGARDING SEALING**

Plaintiff Marriott International, Inc. ("Marriott") and Defendants Sperling Kenny Nachwalter, LLC and Hilliard, Martinez & Gonzales, LLP d/b/a Hilliard Law ("Defendants," and together with Marriott, the "Parties") enter the following stipulation for purposes of these proceedings.

*Whereas*, Defendants filed a mass arbitration (the "Arbitration Proceedings") against Marriott on behalf of thousands of claimants that is currently pending before the American Arbitration Association (AAA);

*Whereas*, Plaintiff publicly filed versions of its Complaint, ECF No. 1, and its Motion to Disqualify Counsel, ECF No. 12, and exhibits thereto that redacted the identity of claimants in the arbitration and their allegations, and filed unredacted versions of the same documents under seal;

*Whereas*, in a docket-text QC Notice, ECF No. 14, the Court directed Plaintiff to file a Motion to Seal the redacted portions of its filings;

*Whereas*, Plaintiff filed a response to the QC Notice, ECF No. 20, explaining that it had provisionally redacted certain portions of its filings out of an abundance of caution while the parties conferred regarding whether any portion of those materials should remain sealed, and that if the parties reached an agreement and no motion to seal is necessary, Plaintiff would promptly notify the Court; and

*Whereas*, the Parties have now conferred and agreed that no motion to seal is necessary.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.     The personally identifiable information of individual claimants in the underlying Arbitration Proceedings shall remain confidential and shall be redacted or otherwise excluded from any public filings.

2.     No other documents or information filed in this case to date from the underlying Arbitration Proceedings warrants sealing.

3.     Neither allegations from the demands from the underlying Arbitration Proceedings, nor statements of the status of the Arbitration Proceedings (including orders reflecting that status) are required to be treated as confidential going forward.

4.     Plaintiff shall publicly file unredacted versions of its Complaint, Motion to Disqualify Counsel, and exhibits thereto, except for the personally identifiable information of individual claimants in the underlying Arbitration Proceedings, which shall remain redacted in

accordance with the Parties' stipulation.

5.      Nothing in this stipulation shall be construed as a waiver or to estop either Marriott or Defendants from raising any argument as to the applicability or scope of the Terms of Use; the Parties expressly reserve all rights.

6.      For the avoidance of doubt, going forward, the Parties shall file under seal papers that may contain confidential information—*i.e.*, materials from the underlying Arbitration Proceedings that have not previously been filed in this action. The non-filing party shall have five days to designate any information it believes to be confidential, at which point the filing party shall file public versions of the papers and (if necessary) any motion necessary to preserve confidentiality. The Parties may also meet and confer and agree in advance on a different procedure for a particular filing.

IT IS SO STIPULATED.

*[Remainder of Page Intentionally Blank - Signatures on Following Page.]*

Dated: May 5, 2026

**FARRA & WANG PLLC**

*/s/ Colin Gillespie\**
Adam Heider Farra
Colin Gillespie (*pro hac vice*)
*signed with express permission
FARRA & WANG PLLC
1300 I Street, N.W. Suite 400e
Washington, DC 20005
202-505-5990
847-636-8131
afarra@farrawang.com
cgillespie@farrawang.com

*Attorneys for Defendant Sperling Kenny Nachwalter, LLC*

**ECCLESTON & WOLF, P.C.**

*/s/ Megan Jenkins\**
Megan Jenkins
*signed with express permission
Eccleston & Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
(O) 410-752-7474
(F) 410-752-0611
jenkins@ewmd.com

*Attorney for Defendant Hilliard, Martinez & Gonzales, LLP d/b/a Hilliard Law*

**WATSTEIN TEREPKA LLP**

*/s/ Alex Terepka*
Alex Terepka (*pro hac vice*)
James Ruley (Bar No. 1712140150)
Logan Leonard (*pro hac vice*)
Rebecca Rhym (*pro hac vice*)
WATSTEIN TEREPKA LLP
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
(213) 839-3317
alex@wtlaw.com
jruley@wtlaw.com
lleonard@wtlaw.com
rrhym@wtlaw.com

Nathaniel Haas (*pro hac vice*)
WATSTEIN TEREPKA LLP
515 S. Flower Street, 19th Floor
Los Angeles, CA 90071
(213) 526-1880
nhaas@wtlaw.com

*Attorneys for Plaintiff Marriott International, Inc.*

4

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that, on May 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Alex Terepka*
Alex Terepka